**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**TIMOTHY DAUBERT AND ROGER CORTEZ,**

**Plaintiffs**

**v.**

**CITY OF LINDSAY AND DOES 1-10,**

**Defendants**

**CASE NO. 1:14-CV-0068 AWI SKO**

**ORDER VACATING HEARING DATE OF MARCH 31, 2014 AND TAKING MATTER UNDER SUBMISSION**

Defendant City of Lindsay has made a motion to dismiss for failure to state a claim. Doc. 4. Plaintiffs oppose the motion. Doc. 10. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 31 2014, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: March 27, 2014

SENIOR DISTRICT JUDGE