1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY DAUBERT, et al.,                    1:14-cv-00068-AWI-SKO

12                    Plaintiffs,                NEW CASE NUMBER:

13        v.                                     **1:14-cv-00068-SKO**

14   CITY OF LINDSAY,                            **ORDER REASSIGNING CASE**

15                    Defendant.

16

17        All parties having executed consent forms, it is ordered that this matter be assigned to the

18   docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and

19   entry of Judgment.

20        To prevent a delay in documents being received by the correct judicial officer, the new

21   case number listed below should be used on all future documents.

22                            **1:14-cv-00068-SKO**

23

24   IT IS SO ORDERED.

25      Dated:   **October 9, 2014**              **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE

26

27

28

                                              1