# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAUBERT, et al., | Case No. 1:14-cv-00068-SKO |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| CITY OF LINDSAY, | |
| Defendant. | |

The Court conducted a settlement conference in this action on March 2, 2015, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall execute the settlement agreement within thirty days from the date of settlement; and
3. The parties shall file dispositional documents within sixty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 2, 2015**

UNITED STATES MAGISTRATE JUDGE

1