# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAUBERT, and ROGER CORTEZ,<br><br>           Plaintiffs,<br><br>     v.<br><br>CITY OF LINDSAY,<br><br>           Defendant.<br>_____/ | Case No. 1:14-cv-00068-SKO<br><br>**ORDER TO FILE FINAL DISPOSITIONAL DOCUMENTS OR SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

On March 2, 2015, the parties appeared for a settlement conference before U.S. Magistrate Judge Stanley A. Boone, and the case was settled. The Court ordered the parties file final dispositional documents within 60 days of March 2, 2015. Currently, no final documents have been filed by the parties.

Accordingly, IT IS HEREBY ORDERED that by **no later than May 15, 2015,** the parties shall **either** (1) file final dispositional documents; **or** (2) show cause why the Court should not impose sanctions on the parties for their failure to comply with the Court's March 2, 2015, order.

IT IS SO ORDERED.

Dated:   **May 14, 2015**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE