# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAUBERT, et al., | Case No. 1:14-cv-00068-SKO |
| Plaintiffs, | |
| v. | **ORDER THAT THE PARTIES FILE FINAL DISPOSITIONAL DOCUMENTS BY NO LATER THAN JUNE 1, 2015** |
| CITY OF LINDSAY, | (Doc. 10) |
| Defendant. | |

On March 2, 2015, the parties settled this action upon the terms placed on the record in open court, and the parties were ordered to file final dispositional documents within 60 days. (Docs. 33, 34.) The parties failed to file final dispositional documents. On May 13, 2015, the Court ordered the parties to file final dispositional documents or show cause why sanctions should not be imposed for failure to comply with the Court's March 2, 2015, order.

On May 18, 2015, the parties filed a statement that the settlement agreement had been executed, the settlement funds had been disbursed, but the funds had not yet been received. The parties requested until June 1, 2015, to file final dispositional documents.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file final dispositional documents by no later than June 1, 2015; and

2. Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **May 19, 2015**                         **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

2