1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

TIMOTHY DAUBERT,  et al.,                    Case No.  1:14-cv-00068-SKO

11
                    Plaintiffs,
12
                                             **ORDER THAT THE CLERK OF COURT**
          v.                                 **CLOSE THIS CASE**
13
                                             (Doc. 38-1)
14

CITY OF LINDSAY,

15
                    Defendant.
16 _____/

17        On May 19, 2015, the parties filed a stipulation of dismissal with prejudice pursuant to

18  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each side to bear its own costs and fees.

19  Pursuant to the terms of the parties' stipulation, this case has been dismissed and the Clerk of the

20  Court is DIRECTED to close the case.

21
IT IS SO ORDERED.
22

23    Dated:   **May 26, 2015**                              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28